UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
M.A., on behalf of his minor children, H.R. and M.;
M.C, on behalf of her minor child, R.J.; W.D., on
behalf of his minor children, A. & J.; N.D., on behalf
of her minor children, L., M. & P.; J. and E. E. on
behalf of their minor children, A. & S.; J.J., on behalf
of her minor child, R.; L.V.G., on behalf of his four
minor children; P.J., on behalf of his minor child, A.,
D. and R. J., on behalf of their minor children, S. &
O.; K.K., on behalf of her minor children M. & G.;
L.K., on behalf of his minor child, L.; M.K. on behalf
of his minor child, A.; V.L., on behalf of her two
minor children; V.M. and A.M. on behalf of their
minor child, I.; T. and M.M., on behalf of their minor
children Y., N. & S.; M.M. and W.M., on behalf of
their minor children, S., K. and L.; K.M., on behalf of
her minor children, R. & A.; J.O., on behalf of her
minor child, T.; M.P., on behalf of his minor children,
Tr. and Te.; L.P., on behalf of her minor child, M.;
M.R., on behalf of her minor children R. & E.; J.R.,
on behalf of her minor child, C. and T.T., on behalf of
his minor child, M., Y.T., on behalf of her minor
child, Y.,
                Plaintiffs,
v.

ROCKLAND COUNTY DEP'T OF
HEALTH & DR. PATRICIA SCHNABEL
RUPPERT, COMMISSIONER, sued in her
official and individual capacities,
                Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 2066 (VB)

      For the reasons set forth on the record at today's hearing, plaintiffs' motion for a temporary restraining order and a preliminary injunction is DENIED.

Dated: March 12, 2019
       White Plains, NY

                                 SO ORDERED:

                                 Vincent L. Briccetti
                                 United States District Judge