# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

W.D., on behalf of his minor children, A. & J.;
J. and E.E. on behalf of their minor children, A. & S.;
J.E. on behalf of his minor daughter, J.H.;
J.J., on behalf of her minor child, R.;
L.V.G., on behalf of his four minor children;
P.J. and M.O., on behalf of his minor child, A.;
D. and R.J., on behalf of their minor children,
S. & O.; K.K., on behalf of her minor children
M. & G.; L.K., on behalf of his minor child, L.;
M.K. on behalf of his minor child, A.; V.L., on
behalf of her two minor children; V.M. and A.M.
on behalf of their minor child, I.; T. and M.M.,
on behalf of their minor children, Y., N. & S.;
K.M., on behalf of her minor children, R. & A.;
J.O., on behalf of her minor child, T.; M.P.,
on behalf of his minor children, Tr. and Te.;
L.P., on behalf of her minor child, M.; M.R., on
behalf of her minor children, R. & E.; J.R., on
behalf of her minor child, C. and T.T., on behalf of his
minor child, M., Y.T., on behalf of her minor child, Y.,

                    Plaintiffs,                  19 **CIVIL** 2066 (JCM)

      -against-                                **JUDGMENT**

ROCKLAND COUNTY, DR. PATRICIA SCHNABLE
RUPPERT, COMMISSIONER, ROCKLAND COUNTY
DEPARTMENT OF HEALTH, and ED DAY, COUNTY
EXECUTIVE, COUNTY OF ROCKLAND, both sued in
their individual and official capacities.

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2021, Defendants' motion is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
February 23, 2021

                **RUBY J. KRAJICK**
                **Clerk of Court**
   **BY:** *[signature]*
                **Deputy Clerk**