UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.A., on behalf of his minor children, H.R. and
M., *et al.*,

                                         Plaintiffs,                **TRIAL ORDER**

          -against-                                   19 Civ. 2066 (JCM)

ROCKLAND COUNTY DEPARTMENT OF
HEALTH, *et al.*,

                                         Defendants.
------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on February 5, 2024 in Courtroom 421. Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by October 11, 2023. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by October 20, 2023.

4. Proposed jury instructions and a proposed verdict form must be filed by October 20, 2023. The parties shall jointly provide a jury instruction for each claim or defense to be presented to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified. The parties' proposed jury instructions and proposed verdict form shall each consist of a single document, noting any areas of disagreement between the parties.

5. Any motions *in limine* shall be filed by October 20, 2023.

6. Responses to motions *in limine* must be filed by October 27, 2023.

7. Final Pre-Trial Conference will be held on January 17, 2024 at 10:00 a.m. in Courtroom 421.

The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. <u>Counsel shall also provide the Court with courtesy copies of all pre-marked exhibits, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.</u>

Dated: June 30, 2023
      White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge