UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
M.A., on behalf of his minor children, H.R. and
M., *et. al.*,

                          Plaintiffs,                                      ORDER

     -against-

                                                                     19 Civ. 2066 (JCM)

ROCKLAND COUNTY DEPARTMENT OF
HEALTH, *et. al.*,

                          Defendants.
-----------------------------------------------------------X

        On November 16, 2023, Plaintiffs filed their opposition to Defendants' November 14, 2023 motion in limine. (Docket No. 125). However, Plaintiffs' memorandum of law contains no citation to any authority in support of their opposition to Defendants' motion. Therefore, by December 5, 2023, Plaintiffs shall file a supplemental opposition brief that explicitly references any statutes and case law they believe warrants denial of Defendants' motion. In addition, to the extent Defendants wish to respond to Plaintiffs' supplemental brief in opposition to their motion, they may file a supplemental reply brief by December 8, 2023. Neither brief shall exceed five (5) double-spaced pages.

Dated:    November 28, 2023
             White Plains, New York

                                                            **SO ORDERED:**

                                                             _____
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge