UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
W.D. on behalf of his minor children A. & J.,
et al.,

                        Plaintiffs,                  **ORDER**

      -against-                               19 Civ. 2066 (JCM)

ROCKLAND COUNTY, et al.,

                        Defendants.
----------------------------------------------------x

       On February 1, 2024, counsel informed the Court via e-mail that this matter has settled. Accordingly, the jury trial scheduled to commence on February 5, 2024 is canceled. In addition, Plaintiffs are directed to file a motion to approve an infant compromise order for the infant Plaintiffs by March 1, 2024.

Dated:   February 2, 2024
             White Plains, New York

                                                         **SO ORDERED:**

                                                         _____
                                                         JUDITH C. McCARTHY
                                                        United States Magistrate Judge